UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LOWE,<br><br>    Petitioner,<br><br>    v.<br><br>CLARK KENT, Warden,<br><br>    Respondent. | No. CV 09-891-SVW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 29, 2012      _____
                                                           STEPHEN V. WILSON
                                        UNITED STATES DISTRICT JUDGE